CITY OF SCHENECTADY, Respondent, *v.* CHARLES D. BECKWITH et al., Appellants.

(Argued October 2, 1929; decided October 22, 1929.)

*Richmond D. Moot* for appellants.

*Carleton H. Lewis, Corporation Counsel (Charles G. Fryer* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.